1
2
3
4
5
6                   UNITED STATES DISTRICT COURT
7                        DISTRICT OF NEVADA
8                                * * *
9   RICARDO BELTRAN,                    Case No. 3:13-cv-00048-MMD-WGC
10                         Petitioner,              ORDER
         v.
11  RENEE BAKER, et al.,
12                        Respondents.
13
14

15        This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. §

16  2254 by a Nevada state prisoner represented by counsel.

17        On July 16, 2013, the Court granted petitioner's motion for the appointment of

18  counsel. In that order, the Court noted that the petition was filed years after the

19  expiration of the AEDPA statute of limitations.  Petitioner's counsel was given sixty (60)

20  days within which to file a brief to show why the petition is not untimely or why petitioner

21  is entitled to equitable tolling.  Respondents were to have filed a response within twenty-

22  eight days of petitioner's brief.[1] Thereafter, petitioner was to have 14 days to file a reply.

23  (Dkt. no. 10.)

24        After obtaining extensions of time, on March 21, 2014, petitioner's counsel filed a

25  response to the Court's order, along with exhibits in support of the response. (Dkt. nos.

26  19, 20, 21, 22.) Respondents did not file a response to petitioner's brief. Therefore, the

27  _____

28  [1]On June 24, 2013, Robert E. Wieland of the Nevada Attorney General's Office
    entered a notice of appearance on behalf of respondents.  (Dkt. no. 8).

1  Court now sets a schedule for further briefing on the issues of the AEDPA statute of

2  limitations and whether petitioner is entitled to equitable tolling.

3  It is therefore ordered that, within thirty (30) days from the date of entry of this

4  order, respondents shall file a response to petitioner's brief (dkt. no. 19).

5  It is further ordered that within fourteen (14) days of being served with

6  respondents' response, petitioner shall file a reply brief.

7  It is further ordered that within thirty (30) days from the date of entry of this order,

8  petitioner's counsel shall send courtesy (paper) copies of the exhibits filed at dkt. nos.

9  20, 21, and 22 to the Reno Division of this Court.  Courtesy copies shall be mailed to

10  the Clerk of Court, 400 S. Virginia St., Reno, NV, 89501, and directed to the attention of

11  "Staff Attorney" on the outside of the mailing address label.

12  It is further ordered that the parties shall send courtesy (paper) copies of all

13  further exhibits to the Reno Division of this Court, in the manner described above.

14  DATED THIS 8th day of July 2015.

15

16  _____
   MIRANDA M. DU

17  UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28