UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICARDO BELTRAN,<br><br>        Petitioner,<br> v.<br><br>RENEE BAKER, *et al.*,<br><br>        Respondents. | Case No. 3:13-cv-00048-MMD-WGC<br><br>ORDER |

This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner represented by counsel. Petitioner has filed a motion for an extension of time to file a reply to respondents' response to the order to show cause. (Dkt. no. 28). Petitioner seeks a 90-day extension of time, up to and including July 20, 2016, to file a reply. Having reviewed the motion and good cause appearing, petitioner's motion is granted. Given the extensive length of time granted, the Court is disinclined to grant further extensions for petitioner to file a reply.

It is therefore ordered that petitioner's motion for an extension of time to file a reply (dkt. no. 28) is granted. The reply must be filed on or before July 20, 2016.

DATED THIS 22nd day of April 2016.

                         _____
                         MIRANDA M. DU
                         UNITED STATES DISTRICT JUDGE